IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   DIPTIBEN MISTRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-12-34-F |
| | ) | |
| (1)   CHANDRAKANT UDWADIA and | ) | |
| (2)   NILAM UDWADIA, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Before the Court is Defendants Chandrakant and Nilam Udwadia's Second Motion for Extension of Time to Answer or Otherwise Respond to Complaint [Doc. No. 13]. After considering the same, the Court finds the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendants Chandrakant and Nilam Udwadia are granted until March 5, 2012, to answer or otherwise respond to the allegations in the Plaintiff's Complaint.

IT IS HEREBY ORDERED this 21st day of February, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0034p003.PO.wpd