IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  DIPTIBEN MISTRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  CIV-12-34-F |
| vs. | ) | |
| | ) | |
| (1)  CHANDRAKANT UDWADIA and, | ) | |
| | ) | |
| (2)  NILAM UDWADIA, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Before the Court is the Parties' Joint Motion for Mutual Dismissal Without Prejudice [Doc. No. 26].   After considering the same, the Court finds that the Motion should be and is hereby GRANTED.

IT IS, THEREFORE, ORDERED that all counts in Plaintiff's Complaint and Defendants' Counterclaim are hereby dismissed without prejudice to the refiling of same.

IT IS HEREBY ORDERED this 11th day of July, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0034p005.PO.wpd